## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
| V. | CASE NUMBER: 21-31<1MJ |
| Jacob Dean Whitehead | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, the defendant violated 18 U.S.C. §§ 922(a)(1)(A), 923(a) and 924(a)(1)(D); and 18 U.S.C. § 924(a)(1)(A), offenses described as follows:

**See Attachment A – Description of Counts**

I further state that I am a Special Agent from the Bureau of Alcohol Tobacco Firearms & Explosives (ATF) and that this complaint is based on the following facts:

**See Attachment B – Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUTHORIZED BY: Brett A. Day, AUSA *BDay*

| | |
|---|---|
| SA Lowell I. Farley, ATF | |
| Name of Complainant | Signature of Complainant |

Sworn to before me electronically

| | | |
|---|---|---|
| August 6, 2021 | at | Phoenix, Arizona |
| Date | | City and State |

| | |
|---|---|
| HONORABLE MICHAEL T. MORRISSEY | |
| United States Magistrate Judge | |
| Name & Title of Judicial Officer | Signature of Judicial Officer |

## ATTACHMENT A

## DESCRIPTION OF COUNTS

## COUNT 1

On or between July 9, 2021 and August 4, 2021, in the District of Arizona, Defendant JACOB DEAN WHITEHEAD, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## COUNT 2

On or about August 1, 2021, in the District of Arizona, Defendant JACOB DEAN WHITEHEAD, knowingly made false statements and representations to U.S. Republic Armory, LLC, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of U.S. Republic Armory, LLC, in that WHITEHEAD executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating that he was the actual transferee or buyer of four (4) pistols, and was not buying these firearms on behalf of another person, whereas in truth and fact, WHITEHEAD knew that he was buying the firearms on behalf of another person,.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

On or about August 1, 2021, in the District of Arizona, Defendant JACOB DEAN WHITEHEAD, knowingly made false statements and representations to U.S. Republic Armory, LLC, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of U.S. Republic Armory, LLC, in that WHITEHEAD executed a Department of Justice, Bureau of Alcohol, Tobacco,

Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating that he was the actual transferee or buyer of four (4) shotguns and (1) pistol, and was not buying these firearms on behalf of another person, whereas in truth and fact, WHITEHEAD knew that he was buying the firearms on behalf of another person,.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 4

On or about August 1, 2021, in the District of Arizona, Defendant JACOB DEAN WHITEHEAD, knowingly made false statements and representations to Bear Arms, located in Scottsdale, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bear Arms, in that WHITEHEAD executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating that he was the actual transferee or buyer of three (3) pistols, and was not buying these firearms on behalf of another person, whereas in truth and fact, WHITEHEAD knew that he was buying the firearms on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 5

On or about August 2, 2021, in the District of Arizona, Defendant JACOB DEAN WHITEHEAD, knowingly made false statements and representations to U.S. Republic Armory, LLC, located in Phoenix, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of U.S. Republic Armory, LLC, in that WHITEHEAD executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating that he was the actual transferee or buyer of three (3) pistols, and was not buying these

firearms on behalf of another person, whereas in truth and fact, WHITEHEAD knew that he was buying the firearms on behalf of another person,.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 6

On or about August 2, 2021, in the District of Arizona, Defendant JACOB DEAN WHITEHEAD, knowingly made false statements and representations to Bear Arms, located in Scottsdale, Arizona, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Bear Arms, in that WHITEHEAD executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record in each of the counts below, stating that he was the actual transferee or buyer of one (1) pistol, and was not buying this firearm on behalf of another person, whereas in truth and fact, WHITEHEAD knew that he was buying the firearm on behalf of another person.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

-3-

## STATEMENT OF PROBABLE CAUSE

I, Lowell I. Farley, a Special Agent with the Bureau of Alcohol Tobacco Firearms & Explosives (ATF), being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Bureau of Alcohol Tobacco Firearms & Explosives (ATF). I have been appointed as a Special Agent since March 2005. I have received training in the enforcement of the Federal firearms and explosive laws. I have investigated individuals for federal firearms violations, which included firearms trafficking.

2.      The facts in this affidavit come from my personal observations, my training and experience, information obtained from other agents involved in the investigation, and information obtained from witnesses.      Title 18, United States Code (U.S.C.) §§ 922(a)(1)(A) and 923(a) makes it unlawful to engage in the business of dealing in firearms without a license. Title 18 U.S.C. § 924(a)(1)(A) makes it unlawful for a person to "knowingly makes any false statement or representation with respect to the information required by this chapter to be kept in the records of a person licensed under this chapter."

3.      Congress and the Attorney General delegated the authority to the ATF to investigate, administer, and enforce the provisions of the Gun Control Act (GCA), Chapter 44 of Title 18. In this regard, ATF regulates the firearms industry as well as provides guidance on the GCA to other federal agencies. A Firearms Transaction Record known as an ATF Form 4473, must be filled out when an individual purchases a firearm from a Federal Firearms Licensee (FFL), and must be maintained by the dealer. Information from the ATF Form 4473 is used to conduct the mandatory background check of the purchaser, and maintain an accurate record of the actual purchaser for firearms tracing. Every Federal Firearms Licensee must maintain ATF Form 4473's for every firearms transaction. On page 2 of the ATF Form 4473, every purchaser must sign and date acknowledging every answer/material fact on this form is true/correct or they could be prosecuted for a felony

1

offense. Every form has a list of definitions/warnings, and an explanation of "engaging in the business of dealing firearms without a license." ATF Form 4473 also includes a certification to be signed attesting that every answer on this form is true and correct.

## PROBABLE CAUSE

4.  In June 2021, WHITEHEAD came to the attention of ATF as a result of the number of firearm purchases he made between the dates of February 8, 2021, and June 13, 2021. WHITEHEAD acquired approximately seventy-three (73) firearms from approximately ten (10) Phoenix area businesses. Each firearms transaction involved the purchase of multiple handguns (i.e., a pistol or revolver). WHITEHEAD's purchase of seventy-three (73) firearms consisted of twenty (20) Multiple Sale purchases. An investigation was opened into WHITEHEAD as his behavior is consistent with that of a person actively engaged in re-selling firearms shortly after acquiring them. Additionally, WHITEHEAD was acquiring duplicate firearms of the same make, model, and caliber which further supports WHITEHEAD is not acquiring the firearms for personal use or to enhance a personal collection of firearms. Finally, many of the firearms WHITEHEAD has purchased are makes and models of firearms commonly sought after by persons associated to criminal street gangs and/or persons prohibited from purchasing and possessing firearms pursuant to Title 18, U.S.C. § 922(g)(1)-(9).

5.  On June 25, 2021, ATF learned that WHITEHEAD had two active sales listings on GunsAmerica.com, an online marketplace for firearms, ammunition, and firearm accessories, and one inactive listing for a 9mm pistol that was described as "never fired," which had since been sold. In the inactive listing for the 9mm pistol which had been sold, WHITEHEAD's name, Jacob Dean WHITEHEAD is listed on the ad, and he describes himself as an independent private seller of firearms and states he does not have an Federal Firearms License.

6.  On July 9, 2021, Your Affiant met with WHITEHEAD at a business near his home. Your Affiant advised WHITEHEAD that ATF had recently learned of his

2

numerous, recent, multiple-sale purchases of handguns. Your Affiant asked WHITEHEAD if he still had the firearms in his possession. WHITEHEAD replied he had sold almost all the firearms he had purchased and was doing it as a business to make money.

7.     Your Affiant advised WHITEHEAD his activities constituted a violation of federal firearms laws and explained that a Federal Firearms License is required to engage in the business of dealing in firearms. Your Affiant explained to WHITEHEAD that he is functioning like a firearms dealer and as such needs a License. Your affiant served WHITEHEAD with a cease-and-desist letter for unlicensed dealing in firearms and with a cease-and-desist for straw purchasing of firearms. Your Affiant advised WHITEHEAD to obtain a Federal Firearms License and to go to ATF's website to learn more about the process. Your Affiant provided WHITEHEAD his ATF business card and offered to put him in touch with personnel from ATF's regulatory component. WHITEHEAD stated he would likely pursue his own Federal Firearms License.

8.     WHITEHEAD advised your Affiant he understood the warnings he received and stated he would abide by them.

9.     Following that meeting, Your Affiant learned that WHITEHEAD visited Tactical Studio, the holder of an active FFL in Glendale, Arizona, on July 28, 2021. Your Affiant further learned that WHITEHEAD told the Tactical Studio employees that he wanted to purchase as many cheap guns as possible, specifically the Taurus, model G2C, 9 x 19 mm caliber pistol. WHITEHEAD advised he had recently become a partner at an established FFL also located in Glendale, Arizona. The Tactical Studio employees challenged WHITEHEAD's claim saying that if such were true, that Tactical Studio could do an FFL-to-FFL transfer to the other FFL without an ATF 4473 transfer to WHITEHEAD. Finally, the Tactical Studio employees told WHITEHEAD they would only sell him one (1) firearm at that time as they felt his story was suspect.

10.     As WHITEHEAD was getting out his wallet to pay for the firearm, a baggie containing narcotics fell out of WHITEHEAD's pocket onto the floor. A two-year old

3

little girl picked up the baggie and attempted to put it into her mouth. Her father intervened and complained to the owner of Tactical Studio. The owner of Tactical Studio escorted WHITEHEAD to the front of the store, handed him his ID, showed him the baggie he dropped, and told him to leave the store and not to return. The owner of Tactical Studio notified the Glendale Police Department (GPD) and ATF. GPD responded, took a report, and seized the suspected narcotics. The substance field tested positive for the presence of cocaine.

11.    On July 30, 2021, I learned that WHITEHEAD has two active listings on ArmsList.com, an online marketplace for firearms, ammunition, and firearms accessories. WHITELEAD lists his phone number, identifies himself as a private seller of firearms in Glendale, Arizona. Both listings are for AR-15 style firearms. One listing is an AR-15 style rifle, is advertised for sale, and references an additional thirty-seven (37) firearms for sale. Your Affiant also learned that WHITEHEAD has an active listing on GunsAmerica.com for a PTR 9 x 19 mm caliber pistol for sale. WHITEHEAD identifies himself on this as Jacob Dean WHITEHEAD, lists his phone number, and identifies himself as a private seller of firearms.

12.    On August 2, 2021, Your Affiant was notified by FBI NICS that WHITEHEAD was associated with three firearms transactions on August 1, 2021. Two transactions were purchases made at US Republic Amory LLC, located in Phoenix, Arizona, and one transaction was a purchase made at Bear Arms, located in Scottsdale, Arizona.

13.    On August 3, 2021, I proceeded to US Republic Armory LLC, in Phoenix, Arizona, and spoke with the owner. I learned that WHITEHEAD, on August 1, 2021, had purchased four (4) pistols in one transaction (Count 2), and four (4) shotguns and one (1) pistol in a separate transaction (Count 3). I learned that WHITEHEAD, on August 2, 2021, had purchased three (3) additional pistols (Count 5). In total, WHITEHEAD has purchased at least nineteen (19) pistols, shotguns, and lower receivers from US Republic Armory LLC during the period from July 9, 2021 through July 31, 2021.

4

14. On that same date, I proceeded to Bear Arms in Scottsdale, Arizona, and learned that WHITEHEAD had purchased three (3) pistols on August 1, 2021 **(Count 4)**, and one (1) pistol on August 2, 2021 **(Count 6)**.

15. I have concluded that WHITEHEAD has acquired at least thirty-seven (37) firearms since he was served a cease-and-desist letter from your Affiant on July 9, 2021. I noted that many of the firearms referenced in WHITEHEAD's ArmsList.com advertisement for the AR-15 style rifle match the firearms he recently acquired from US Republic Armory LLC and from Bear Arms. Your Affiant noted that the AR-15 style pistol that WHITEHEAD is advertising on ArmsList.com has markings on it from US Republic Armory LLC.

16. On August 4, 2021, Your Affiant received information that WHITEHEAD was attempting to make a purchase of six (6) firearms from U.S. Republic Armory. Your Affiant set up an interdiction to intercept WHITEHEAD and the purchase of the firearms at the FFL. At the FFL, Your Affiant observed WHITEHEAD and another individual leaving the business with firearms. WHITEHEAD and the individual entered a vehicle and departed from the FFL. Approximately a quarter-mile from the FFL, Phoenix Police Department conducted a traffic stop on the vehicle. Following the traffic stop, both WHITEHEAD and the other individual were detained for questioning and transported to the Phoenix Police Department Headquarters.

17. In a post-*Miranda* interview, WHITEHEAD admitted to buying and selling approximately 200 firearms. WHITEHEAD admitted to using cocaine three-times per day since February. WHITEHEAD further admitted that on this occasion, he was buying three of the firearms for other individual he was with, and he believed that the other individual was working for a Mexican drug trafficking organization.

18. A subsequent search of the WHITEHEAD's residence resulted in the seizure of 21 additional firearms.

5

## REQUEST FOR AUTHORIZATION

18.    For these reasons, Your Affiant submits that there is probable cause to believe JACOB DEAN WHITEHEAD committed violations of Title 18, U.S.C. §§ 922(a)(1)(A) and 923(a), engaging in the business of dealing in firearms without a license; and, 18 U.S.C. § 922(a)(1)(A), knowingly make false statement/representation, make the statement/representation to a FFL, and the statement pertained to information that the law requires the FFL to keep.

19.    I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

_____
LOWELL I. FARLEY

Special Agent
Bureau of Alcohol Tobacco Firearms & Explosives

Sworn to and subscribed electronically this 6th day of August, 2021.

_____

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge